

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00319-CR

| | | |
|---|---|---|
| JOEL ENGOBO MAMBE, Appellant | § | On Appeal from the 396th District Court |
| | § | of Tarrant County (1550895D) |
| V. | § | April 30, 2020 |
| | § | Opinion by Justice Wallach |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. We modify the judgment to delete the assessed court costs of $279. It is ordered that the trial court's judgment is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mike Wallach_____
       Justice Mike Wallach